**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2026

**BY ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *In the Matter of the Extradition of Anselmo Anania Gomez Martinez*, 25 Mag. 3565**

Dear Judge Aaron:

The Government respectfully writes to propose a briefing schedule and date for the anticipated extradition hearing in this matter. Based on communications with Mr. Gomez Martinez's assigned Pretrial Services Officer, the Government understands that Mr. Gomez Martinez's medical condition has stabilized relative to when this matter commenced. Accordingly, the Government respectfully proposes that the Court endorse the following briefing schedule and set a control date of December 10, 2026, for the extradition hearing. The Government has conferred with defense counsel, who has no objection to this request.

- Government's opening brief due October 30, 2026;
- Defense opposition due November 20, 2026; and,
- Government reply due December 1, 2026.

Request GRANTED IN PART. The briefing schedule is approved. An extradition hearing shall be held on December 11, 2026, at 11:00 a.m. in Courtroom 11C.
SO ORDERED.
Dated: 10/13/2026 Stewart D. Aaron

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Nicholas D. Pavlis
Assistant United States Attorney
(212) 637-1068

cc: Mark Gombiner, Esq. (by ECF)